request by him to appear, and that he should not have been interrogated concerning said crime of theft, without being fully advised of his privilege against self-incrimination and that the bill of indictment, being grounded in part on evidence so secured, was an absolute nullity.[8]

For the reasons assigned the judgment appealed from is affirmed.

McCALEB, J., concurs and further states that he is in accord with the view of FOURNET, C. J., that the per curiam of the judge is reviewable.

HAWTHORNE, J., concurs in the decree.

125 So.2d 364

**STATE of Louisiana**

**v.**

**T. J. JEMISON.**

No. 45078.

Dec. 12, 1960.

J. St. Clair Favrot, Dist. Atty., Baton Rouge, for appellant.

8. Cf. State of Louisiana v. Smalling, 240 La. 915, 125 So.2d 409, on Rehearing, supra footnote (5).

Benton & Moseley, Baton Rouge, for defendant-appellee

FOURNET, Chief Justice.

This issues in this case on appeal here are identical, from a factual[1] and legal standpoint, with those resolved this day in State of Louisiana v. Jemison, 125 So. 2d 363, and for the reasons therein assigned the judgment appealed from is affirmed.

HAWTHORNE, J., concurs.

125 So.2d 365

**STATE of Louisiana**

**v.**

**T. J. JEMISON.**

No. 45081.

Dec. 12, 1960.

J. St. Clair Favrot, Dist. Atty., Baton Rouge, for appellant.

Benton & Moseley, Baton Rouge, for defendant-appellee.

FOURNET, Chief Justice.

1. The amount involved in this case is $50.

The issues in this case on appeal here are identical, from a factual[1] and legal standpoint, with those resolved this day in State of Louisiana v. Jemison, 125 So.2d 363, and for the reasons therein assigned the judgment appealed from is affirmed.

HAWTHORNE, J., concurs.

■

125 So.2d 365

**STATE of Louisiana**

**v.**

**T. J. JEMISON.**

**No. 45080.**

Dec. 12, 1960.

J. St. Clair Favrot, Dist. Atty., Baton Rouge, for appellant.

Benton & Moseley, Baton Rouge, for defendant-appellee.

FOURNET, Chief Justice.

The issues in this case on appeal here are identical, from a factual and legal standpoint, with those resolved this day in

State of Louisiana v. Jemison, 125 So.2d 363, and for the reasons therein assigned the judgment appealed from is affirmed.

HAWTHORNE, J., concurs.

■

125 So.2d 365

**John T. GUYTON**

**v.**

**James H. YANCEY.**

**No. 44980.**

Dec. 12, 1960.

Rehearing Denied Jan. 9, 1961.

1. The amount involved in this case is $200.